M/D

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Xavier F. Thomas )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:07cv1125-MHT
 ) (To be supplied by Clerk of U.S. District
Officer C.W. Knight ) Court)
#1479 )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Montg. City Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Montg. City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | C.W. Knight | Montg. City Jail P.O. Box 159 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Dec. 3, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Attacked without provocation.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Dec 3, 07 in 6-A cell Block, I was snatched off a top bunk, maced and stuck in the eye by officer C.W. Knight

GROUND TWO: Denied medical treatment

SUPPORTING FACTS: On Dec. 3, 07 in 6-A cell Block, I was placed in isolation cell and not allowed medical treatment until following day.

GROUND THREE: Improperly Charged

SUPPORTING FACTS: On Dec. 5, 07 Montg. City Jail I was escorted to court and formally charged with Harrassment following incident with officer C.W. Knight. Judge Henly Presiding

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1. Supplement for Pain and Suffering be administered.
2. Compensation for Injury be given
3. Relief of False Acquistion be taken

*K. Thomas*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec. 14, 2007
(Date)

*K. Thomas*
Signature of plaintiff(s)

Xavier F. Thomas
209 Portifino Dr.
Hope Hull, AL 36114



Office of The Clerk
United States District Court
P.O. Box 711
Montg, AL 36101-0711