**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. C. W. Knight
Officer, No. 1479
MONTGOMERY CITY JAIL
P O Drawer 159
Montgomery, AL 36101

Onov 1125 Smp + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jerry Edwards Jr._  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Jerry Edwards Jr._

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JAN 0 9 2008

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0000 0026 5698

PS Form 3811, February 2004    Domestic Return Receipt    595-02-M-1540