IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **XAVIER F. THOMAS**, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:07-CV-1125-MHT-WC** |
| | ) |
| **C. W. KNIGHT**, | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE SPECIAL REPORT AND ANSWER**

COMES NOW Defendant C. W. Knight, by and through counsel, and respectfully moves this Court for an extension of time in which to file a Special Report and Answer in this matter and as grounds therefore states:

1. On December 27, 2007, Plaintiff filed his Complaint alleging violations of his Constitutional rights. On January 8, 2008, this Court ordered that a Special Report and Answer be filed within 40 days, by Tuesday February 19, 2008.

2. Plaintiff alleges *inter alia* inadequate medical treatment. While in the custody of Montgomery Municipal Jail, Plaintiff was treated not only by the Jail medical staff, but was also referred for, and treated by, Jackson Hospital and Montgomery Eye Physicians. Defendant needs additional time in which to gather all the medical records relevant to Plaintiff's claims.

WHEREFORE, Defendant respectfully requests an additional 21 days in which to file a Special Report and Answer.

Respectfully submitted this 15th day of February 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Counsel for Defendant

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2008, I placed a copy of the foregoing in the United States mail, first-class postage pre-paid, addressed to:

      Xavier F. Thomas
      209 Portofino Drive
      Hope Hull, Alabama 36114

                              /s/ Allison H. Highley
                              Allison H. Highley (HIG024)