**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **XAVIER F. THOMAS**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-1125-MHT-WC** |
| ) | |
| **C. W. KNIGHT**, ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW C.W. Knight, defendant in this matter, and in accordance with this Court's order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

C.W. Knight is an individual. There are no reportable entities for the defendant.

Respectfully submitted this 12th day of March 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendant

**OF COUNSEL**
City of Montgomery, Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows: Xavier Thomas, 209 Portofino Drive, Hope Hull, Alabama 36114.

/s/ Allison H. Highley
Of Counsel