IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XAVIER F. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1125-MHT |
| | ) [WO] |
| | ) |
| C. W. KNIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 1, 2008 (Doc. #13), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (Doc. #13) is adopted and that this case is dismissed without prejudice, due to plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to properly continue prosecution of this cause of action.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

DONE, this 29th day of April, 2008.

　　　　/s/ Myron H. Thompson　　　
UNITED STATES DISTRICT JUDGE